UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L‌ARRY D‌ARNELL J‌ONES,

       Plaintiff,                         Hon. Robert J. Jonker

v.                                        Case No. 1:21-cv-51

B‌ENJAMIN H‌ESS, et al.,

       Defendants.
_____/

**REPORT AND RECOMMENDATION**

Larry Darnell Jones, a non-lawyer, initiated this action on behalf of his granddaughter, Chardiay Chartess Barnes-Jones, who is, according to Jones, an "incapacitated person who is paralyzed." Because Jones has been permitted to proceed as a pauper (ECF No. 6), the Court has reviewed the complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends, as detailed below, that (1) Barnes-Jones obtain representation by a licensed attorney or (2) this matter be dismissed.

In his complaint, Jones alleges that his granddaughter was paralyzed following a traffic accident caused by Calhoun County law enforcement officials. Jones alleges that these officials, and various other defendants, violated his granddaughter's rights. Jones requests that his granddaughter receive $150 million dollars in damages. While

-1-

Jones may represent himself in a civil action such as this, he cannot represent the interests of any other person or entity. *See, e.g., Sykes v. United States*, 507 Fed. Appx. 455, 459-60 (6th Cir., Nov. 29, 2012) ("in all courts of the United States the parties may plead and conduct their own cases personally or by counsel," but they may not "appear pro se where the interests of others are at issue"). While the Court sympathizes with Jones' circumstance, he simply cannot maintain this action.

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that no later than thirty days from the date this Report and Recommendation is adopted, a licensed attorney appears in this matter to represent the interests of Chardiay Chartess Barnes-Jones. In the event this does not occur, the undersigned recommends that the present complaint be dismissed without prejudice.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Date: January 27, 2020

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge